RECEIVED
JAN 25 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISON

Arnold Gardner Mitchell u/a )
MITCHELL GARDNER MITCHELL )
)
PETITIONER, ) No:
)
MISSOURI CIRCUIT COURT 22nd )
JUDICIAL CIRCUIT (City of St. Louis) )
Division 27 ET. Al. )
)
DEFENDANT. )

## PETITIONER FOR INJUNTION

Petitioner's Name: Arnold Gardner Mitchell
Address: 8826 Park Lane, St. Louis, Mo. 63147
Phone Number: 314-412-9474      SSN: ------0923
DOB: ███/1957      Driver's License No. S208011057

Defendant's Name: Missouri Circuit Court 22nd Judicial (City of St. Louis)
Address: 10 N. Tucker St. Louis, Mo. 63101
Phone Number: 314-622-4282      SSN: Not Known at this time
DOB: Not Known at this time   Driver's License No. Not Known

I, the Petitioner, hereby swear and attest that the Defendant has plans to do me personal property great damage. I confirm that this damage outweighs any monetary reparations that could be offered at a later date. I further confirm that any damage caused to the Defendant by this petition is outweighs by the planned harm.

The Defendant plans the following harm against my person/property:
The Court placed a garnishment against my wages, see attachment marked (1), after I provided the court with evident and proof that I filed with the IRS a 1099 A, 1099 C, and 3949 A, see attachment marked (2) pages b, c, and d, to settle the debt. I was denied due process; I receive any written document from the Court on the matter so that I could have appeal the Court decision. Court never responds to any of my written requests

This plan is an imminent and urgent threat because:
_The Defendant has threatened me. _The Defendant has harmed me in the past X Other: The Court fail to consider any of my evident that was presented to the Court, my due process was violated and I didn't have a chance to appeal the Court decision before my wage was taken out.

I swear and affirm that the information listed above is true and correct to best of my knowledge. Due to the imminent and urgent threat against me, I request an injunction against the Defendant to protect me from harm.

_Arnold Mitchell_      _1-25-22_
Petitioner Signature      Date

Subscribed and sworn before me this _25th_ day of _January_ 2022

_CD Love_ (Notary Public),

_St. Louis City_ County.

My commission expires _2/29/_ 20 _22_

CHERYL D. LOVE
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis City
My Commission Expires: February 29, 2024
Commission Number: 12458212

CC; FAIQ MIHLAR – 50501
HEAVNER, BEYERS & MIHLAR, LLC
Attorney ay Law
P.O. Box 740
Decatur, IL 62525

City of St. Louis
Treasury Department Rm. 220
Garnishment Dept.
St. Louis, Mo. 63101